**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
Apatel@apatellaw.com                                                         Telephone 212-349-0230

**By Email and ECF**

June 11, 2025

**MEMO ENDORSED**

Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

  Re:  United States v. Julio Parra
        25 Cr. 153 (KMK)

Dear Judge Karas:

  This letter is respectfully submitted to request that an Order be enter indicating that I was assigned to represent Mr. Parra on June 5, 2025 by Your Honor. There is no indication of my appointment on the docket.

                                        Respectfully submitted,

                                          /s/Andrew Patel
                                        Andrew G. Patel

The Clerk is respectfully directed to note on the docket that Mr. Patel was appointed to represent Mr. Parra on June 5, 2025.

So Ordered.
6/11/25